**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards　　　　　Date: September 5, 2013
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-01889-RM**

| Parties | Counsel |
|---|---|
| JANET L. PARKER, | Pro Se |
| Plaintiff, | |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | Yvette Glasgow Keesee |
| Defendant. | |

**COURTROOM MINUTES**

**ORAL ARGUMENT**
**COURT IN SESSION**: **9:57 a.m.**
Court calls case. Appearances of counsel.

Oral argument called regarding Social Security Administrative Record [Doc. No. 11, filed January 7, 2013 in paper format with the Clerk's Office].

Discussion regarding Plaintiff's Request for Change of Current Case Listing Title [Doc. No. 25, filed April 16, 2013].

**ORDERED**:　Plaintiff's Request for Change of Current Case Listing Title [25] is **DENIED** as moot.

**10:02 a.m.**　Oral argument by Ms. Parker and questions from the Court.

**10:37 a.m.**　Oral argument by Ms. Keesee and questions from the Court.

**10:52 a.m.**     Response by Ms. Parker and questions from the Court.

**ORDERED**:     Social Security Administrative Record [11] is **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: **11:02 a.m.**
**Total in court time**: **01:05**
**Hearing concluded**